The People of the State of New York ex rel. Terry DeGrafinreid, Appellant, v S. Khahaifa, Superintendent, Orleans Correctional Facility, et al., Respondents. [919 NYS2d 423]— Present—Scudder, P.J., Centra, Carni, Sconiers and Green, JJ.